No. 03M49. UNDER SEAL *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 8, Orig. ARIZONA *v.* CALIFORNIA ET AL. Motion of Billy Wayne Andrews, Jr., for leave to intervene denied. [For earlier order herein, see, *e. g.,* 540 U. S. 1216.]

No. 02–572. INTEL CORP. *v.* ADVANCED MICRO DEVICES, INC. C. A. 9th Cir. [Certiorari granted, 540 U. S. 1003.] Motion of the Commission of the European Communities for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 02–1609. CITY OF LITTLETON, COLORADO *v.* Z. J. GIFTS D–4, L. L. C., DBA CHRISTAL'S. C. A. 10th Cir. [Certiorari granted, 540 U. S. 944.] Motion of petitioner for divided argument denied. Motion of Ohio et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted.

No. 03–932. DURA PHARMACEUTICALS, INC. *v.* BROUDO ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 03–8150. BIELENBERG ET UX. *v.* GRIFFITHS ET AL. C. A. 7th Cir.; and

No. 03–8253. BITTERMAN *v.* HOFFMAN ET AL. Sup. Ct. Fla. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 29, 2004, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.